HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
JANET BATEMAN, SBN # 241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARCELINO FLORES-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELINO FLORES-MARTINEZ,<br><br>Defendant. | Case No.  1:14-CR-00216 AWI-BAM- (001)<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; ORDER THEREON**<br><br>Date:   December 8, 2014<br>Time:  1:00 PM<br>Judge: Hon. Barbara A. McAuliffe |

Pursuant to F. R. Crim. P. 43(b)(3), Defendant, Marcelino Flores-Martinez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

/ / /

1    On September 30, 2014, this Court appointed the Office of the Federal Defender to
2    represent Mr. Flores-Martinez.  At a later appearance on October 10, 2014, Defendant was
3    granted a waiver of appearance for the next status conference, but counsel was instructed to file a
4    written request for a Rule 43 waiver of appearance.

5    Defendant makes this request for a waiver of appearance because he has a
6    contemporaneous State Court case which may require his appearance periodically in conflict
7    with the District Court calendar. This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:  October 15, 2014         /s/ *Megan T. Hopkins*
                                 Megan T. Hopkins
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Marcelino Flores-Martinez

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **October 15, 2014**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE