1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559-487-5561
   Fax: 559-487-5950
5
   Attorney for Defendant
6  MARCELINO FLORES-MARTINEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) Case No.  1:14-cr-0216 AWI-BAM
                              )
12 |       *Plaintiff,*        ) STIPULATION TO CONTINUE STATUS
                              ) CONFERENCE AND ORDER
13 | vs.                       )
                              )
14 | MARCELINO FLORES-MARTINEZ, ) DATE:   February 9, 2015
                              ) TIME:   1:00 PM
15 |       *Defendant.*        ) JUDGE:  Honorable Barbara A. McAuliffe
                              )
16                            )

17

18

19

20

21
   _____
22
   **IT IS HEREBY STIPULATED** by and between the parties through their respective
23
   counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant
24
   Federal Defender, Megan T. Hopkins, Counsel for Defendant Marcelino Flores-Martinez, that
25
   the status conference scheduled for February 9, 2015 at 1:00 p.m., before Honorable Barbara A.
26
   McAuliffe **may be continued to March 9, 2015 at 1:00 p.m.**
27
       The reason for this continuance is the parties' anticipated resolution to this matter will
28
   take at least another week to finalize and confirm. The parties anticipate a change of plea at the

next hearing date but are still working on the final terms of the agreement. The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).


Dated:  February 5, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Mia Giacomazzi*
                                            MIA GIACOMAZZI
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


Dated:  February 5, 2015

                                            HEATHER E. WILLIAMS
                                            Federal Defender


                                            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MARCELINO FLORES-MARTINEZ


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the 3rd Status Conference is continued from February 9, 2015 to March 9, 2015 at 1:00 PM before Judge McAuliffe. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).


IT IS SO ORDERED.

Dated:   **February 5, 2015**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE