HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MARCELINO FLORES-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00216-AWI-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING AND SET FOR CHANGE OF PLEA HEARING |
| vs. | |
| MARCELINO FLORES-MARTINEZ, | DATE: March 16, 2015<br>TIME: 10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, MIA GIACOMAZZI, counsel for plaintiff, Assistant Federal Defenders, JANET BATEMAN and MEGAN T. HOPKINS, counsel for defendant MARCELINO FLORES-MARTINEZ, that the hearing currently set for March 9, 2015 , **may be vacated and the matter reset for a change of plea hearing March 16, 2015 at 10:00 a.m. before District Judge Anthony W. Ishii.**

The parties have reached an agreement.  The defense has submitted a signed plea agreement, which the Assistant United States Attorney will file shortly.

The parties agree that the time until the change of plea hearing shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

1

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 6, 2015                 */s/ Mia Giacomazzi*
                                        MIA GIACOMAZZI
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: March 6, 2015                 /s/ *JANET BATEMAN*
                                        JANET BATEMAN
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defenders
                                        Attorneys for Defendant
                                        MARCELINO FLORES-MARTINEZ


# **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  March 6, 2015                             _____
                                                    SENIOR DISTRICT JUDGE