HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, Bar #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCELINO FLORES-MARTINEZ

FILED

SEP 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-00216 AWI-BAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **APPLICATION FOR ORDER EXONERATING CASH BOND AND [PROPOSED] ORDER THEREON** |
| MARCELINO FLORES-MARTINEZ, | ) | |
| Defendant. | ) | |

Defendant Marcelino Flores-Martinez hereby moves this court for an order to exonerate the cash bond in the above-captioned case, which is currently filed under seal.

Defendant Marcelino Flores-Martinez, appeared in this matter before United States Magistrate Judge Sheila K. Oberto, and was ordered released from custody under the supervision of Pretrial Services and a $1,000 cash bond. A cash bond was posted (receipt #CAE100027049) on behalf of Marcelino Flores-Martinez on October 2, 2014.

On May 26, 2015, Marcelino Flores-Martinez was sentenced to 182 days in custody and he self-surrendered on July 6, 2015. As the requirements of pretrial release were satisfied, Defendant Flores-Martinez requests that the court exonerate the $1,000 cash bond set by this court.

///

DATED: September 14, 2015

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/ *Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for
MARCELINO FLORES-MARTINEZ

## **O R D E R**

IT IS HEREBY ORDERED that the $1,000 CASH bond in the above-captioned case be exonerated.

DATED: September 15, 2014

HONORABLE ANTHONY ISHII
United States District Court Judge

Signed in Judge Ishii's
absence from the
District.