UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:  Marcelino Flores-Martinez**<br>**Docket Number: 1:14CR00216**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Marcelino Flores-Martinez is requesting permission to travel to Mexico.  Marcelino Flores-Martinez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 26, 2015, Marcelino Flores-Martinez was sentenced for the offense of Possession of False Identification Documents.

**Sentence Imposed:**  Sentenced to 182 days Bureau of Prisons, 36 months term of supervised release, mandatory drug testing, and $100 special assessment.

**Dates and Mode of Travel:**  The offender is requesting travel to Baja California, Mexico, from December 17, 2016 to December 21, 2016, and will be traveling by personal vehicle.  He is also requesting travel to Oaxaca, Mexico, from December 27, 2016 to January 21, 2017, and will be traveling by bus.

**Purpose:**  The travel requests are for the purposes of visiting his family.

**RE:**   **Marcelino Flores-Martinez**
          **Docket Number:  1:14CR00216-001**
          **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                              Respectfully submitted,

                              /s/ Marlene K. DeOrian
                              Marlene K. DeOrian
                              Sr. United States Probation Officer

Dated:    November 9, 2016
          Fresno, California
          MKD               /s/ Jose Pulido for

**REVIEWED BY:**    **Timothy D. Mechem**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved         ☐     Disapproved

IT IS SO ORDERED.

Dated:   **November 9, 2016**          _____
                                        UNITED STATES DISTRICT JUDGE