UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:** **Marcelino Flores-Martinez**<br>**Docket Number: 1:14CR00216-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Marcelino Flores-Martinez is requesting permission to travel to Tijuana, Baja California (BC), Mexico. Marcelino Flores-Martinez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 26, 2015, Marcelino Flores-Martinez was sentenced for the offense of 18 USC 1028(a)(3), Possession of False Identification Documents (Class D Felony).

**Sentence Imposed:** Sentenced to 182 days Bureau of Prisons, 36 months term of supervised release, mandatory drug testing, and $100 special assessment (Paid).

**Dates and Mode of Travel:** The offender is requesting travel to Tijuana, BC, Mexico, from October 23 through October 24, 2017; and November 2, through November 6, 2017. Offender will be traveling by personal vehicle, 2006 Honda Odyssey, License Plate# 7RHS853.

**Purpose:** The travel requests are for the offender to drop off and pick up his wife and daughters from the Airport in Tijuana, BC, Mexico.

**RE:** **Marcelino Flores-Martinez**
  **Docket Number: 1:14CR00216-001**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated: October 4, 2017
  Fresno, California
  TDM/rmv

**REVIEWED BY:**   /s/ Brian J. Bedrosian
  **Brian J. Bedrosian**
  **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated: **October 12, 2017**                     _Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE