UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE: Marcelino Flores-Martinez**<br>**Docket Number: 1:14CR00216-01**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Marcelino Flores-Martinez is requesting permission to travel to Ensenada, Baja California (BC), Mexico. Marcelino Flores-Martinez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 26, 2015, Marcelino Flores-Martinez was sentenced for the offense of 18 USC 1028(a)(3), Possession of False Identification Documents (Class D Felony).

**Sentence Imposed:** Sentenced to 182 days Bureau of Prisons, 36 months term of supervised release, mandatory drug testing, and $100 special assessment (Paid).

**Dates and Mode of Travel:** From December 29, 2017, through January 5, 2018. Offender will be traveling by personal vehicle, 2006 Honda Odyssey, License Plate# 7RHS853.

**Purpose:** To visit family.

**RE:     Marcelino Flores-Martinez**
         **Docket Number:  1:14CR00216-001**
         **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer


Dated:   December 11, 2017
         Fresno, California
         TDM/rmv

---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved

IT IS SO ORDERED.

Dated:   **December 12, 2017**              _Dale A. Drozd_
                                            UNITED STATES DISTRICT JUDGE