UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Dale A. Drozd                    **RE: Marcelino Flores-Martinez**
United States District Judge                    **Docket Number: 1:14CR00216-01**
Fresno, California                                    **<u>PERMISSION TO TRAVEL</u>**
                                                              **<u>OUTSIDE THE COUNTRY</u>**


Your Honor:


Marcelino Flores-Martinez is requesting permission to travel to Ensenada, Baja California, Mexico. Marcelino Flores-Martinez is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:** On May 26, 2015, Marcelino Flores-Martinez was sentenced for the offense of 18 USC 1028(a)(3), Possession of False Identification Documents (Class D Felony).


**Sentence Imposed:** Sentenced to 182 days custody in the Bureau of Prisons, 36 months term of supervised release, and $100 special assessment (Paid).


**Dates and Mode of Travel:** From June 29, 2018, through July 29, 2018. Offender will be traveling by personal vehicle, 2006 Honda Odyssey, License Plate# 7RHS853.


**Purpose:** Wife's dental appointments.


1

RE:     **Marcelino Flores-Martinez**
        **Docket Number:  1:14CR00216-001**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,


Adrian Garcia
United States Probation Officer


Dated:     June 18, 2018
           Fresno, California
           AG/dp

**REVIEWED BY:**          *Tim D. Mechem*
                          **TIM D. MECHEM**
                          **Supervising United States Probation Officer**


---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated:  **June 22, 2018**

UNITED STATES DISTRICT JUDGE


2